**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
_____
                               )
LEWIS A. STEWART               )
                               )
        Plaintiff,             )
                               )
    v.                         )   Civil Action No. 01-1756 (EGS)
                               )
MICHAEL GAINES, et al.,        )
CHAIRPERSON, UNITED STATES     )
PAROLE COMMISSION              )
                               )
        Defendants.            )
_____)
```

**ORDER**

Pursuant to Federal Rule of Civil Procedure 58 and for the reasons stated by the Court in its Memorandum Opinion docketed this same day, it is this 25th day of May, 2005, hereby

**ORDERED** that the defendants' Motions to Dismiss are **GRANTED** and plaintiff's Amended Complaint is **DISMISSED WITH PREJUDICE;** and it is further

**ORDERED and ADJUDGED** that the Clerk shall enter final judgment in favor of Defendants and shall remove this case from the active calendar of the Court.

**Signed:    Emmet G. Sullivan
            United States District Judge
            May 25, 2005**